NUMBER 13-04-318-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________
 
ROSALIA LONGORIA,                                                       Appellant,

v.

HERMELINDA CANTU,                                                       Appellee.
_________________________________________________________

On appeal from the 206th District Court 
of Hidalgo County, Texas. 
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, ROSALIA LONGORIA, perfected an appeal from a judgment entered
by the 206th District Court of Hidalgo County, Texas, in cause number C-913-03-D. 
After the notice of appeal was filed, appellant filed a motion to dismiss the appeal. In
the motion, appellant states that this case has been resolved and appellant no longer
wishes to prosecute this appeal. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
 
                                                                        PER CURIAM

Memorandum Opinion delivered 
and filed this the 31st day of August, 2004.